IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 3:04cv547-MEF |
| | ) | [WO] |
| REID K. BLACK | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation of the Magistrate Judge filed by movant Reid K. Black on August 18, 2006 (Doc. # 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that Black be and is hereby GRANTED an extension from August 14, 2006, to and including August 21, 2006, to file his objections to the Recommendation entered on August 1, 2006.

Done, this 18th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE