IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:04-cv-547-MEF |
| | ) | |
| REID K. BLACK | ) | |

# O R D E R

After an independent review of the file, it is the

ORDER, JUDGMENT and DECREE of the court that:

(1)     The objection (Doc. #11) filed by the defendant on August 21, 2006 is

overruled;

(2)     The recommendation of the United States Magistrate Judge (Doc. #8)

entered on August 1, 2006 is adopted;

(3)     The 28 U.S.C. § 2255 motion for relief is DENIED and this case is

DISMISSED with prejudice.

DONE this 31st day of August, 2006.

                                          /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE